IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| CHRISTOPHER HOWARD,           ) | Civil No. 9:12-711 DCN |
| ) | |
| Petitioner,    ) | |
| ) | |
| vs.                   ) | **ORDER** |
| ) | |
| WARDEN LEROY CARTLEDGE,      ) | |
| ) | |
| Respondent.   ) | |
| _____  ) | |

On May 2, 2012, this court issued an Order adopting the Magistrate Judge's Report and Recommendation and dismissed the petition without prejudice as a successive petition and without requiring the respondent to file a return. On May 3, 2012, judgment was entered in this case by the Clerk of Court. On May 11, 2012, petitioner filed his motion for reconsideration of the order entered on May 2, 2012. It appears from a review of the file that petitioner was granted an extension of time until May 14, 2012 to file objections to the Report and Recommendation. It is therefore

**ORDERED** that petitioner has until June 8, 2012 to file any additional objections to the Report and Recommendation.

**AND IT IS SO ORDERED.**

_____
DAVID C. NORTON
United States District Judge

May 15, 2012
Charleston, South Carolina