# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| CHRISTOPHER HOWARD, ) | |
| ) | |
| Petitioner, ) | C/A No.: 9:12-711-DCN |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| WARDEN LEROY CARTLEDGE, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

This matter is before the court pursuant to petitioner's Motion for Reconsideration of Order affirming the Report and Recommendation filed on May 11, 2012 (doc. #20), Motion for Writ of Mandamus filed on May 16, 2012 (doc. #23), and Motion for Reconsideration of Order affirming the Report and Recommendation filed on May 17, 2012 (doc. #24). After reviewing each of these motions,

**IT IS THEREFORE ORDERED**, that petitioner's Motion for Reconsideration of Order affirming the Report and Recommendation filed on May 11, 2012 (doc. #20), Motion for Writ of Mandamus filed on May 16, 2012 (doc. #23), and Motion for Reconsideration of Order affirming the Report and Recommendation filed on May 17, 2012 (doc. #24) are **DENIED.**

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

June 14, 2012
Charleston, South Carolina